NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4592
_____

UNITED STATES OF AMERICA

v.

GREGORY WOODS,

Appellant

_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. Criminal Action No. 3-06-cr-00063-001)
District Judge:  Honorable A. Richard Caputo
_____

Submitted Under Third Circuit LAR 34.1(a)
November 17, 2010
_____

Before:  AMBRO, FISHER, and GREENBERG, Circuit Judges

(Opinion filed:  November 22, 2010)
_____

OPINION
_____

AMBRO, Circuit Judge

Gregory Woods, who pled guilty to one count of a multi-count drug-related

indictment pursuant to a plea agreement, now seeks to withdraw that plea.  He claims the

drugs involved belonged to another, and produced an affidavit of his alleged co-conspirator to support that claim.

The District Court, per Judge Caputo, dealt thoroughly with Woods' claims, so much so that we have nothing to add to the Court's analysis, and thus affirm.